```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                          Case No. 16-00817-RNO
Sean E. Martin                                                  Chapter 13
Amy E. Martin
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0314-1         User: LyndseyPr              Page 1 of 1              Date Rcvd: Sep 01, 2017
                             Form ID: pdf010              Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 03, 2017.
db/jdb         +Sean E. Martin,   Amy E. Martin,   339 Bobcat Road,   Newville, PA 17241-9725

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 1, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for
               Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Capital I Inc. Trust
               2006-NC2, Mortgage Pass-Through Certificates, Series 2006-NC2 bkgroup@kmllawgroup.com
              Karina Velter    on behalf of Creditor    Deutsche Bank National Trust Company amps@manleydeas.com
              Steven P. Miner    on behalf of Joint Debtor Amy E. Martin sminer@daleyzucker.com,
               aewing@daleyzucker.com
              Steven P. Miner    on behalf of Debtor Sean E. Martin sminer@daleyzucker.com,
               aewing@daleyzucker.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              William E. Craig    on behalf of Creditor    Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Amy E. Martin<br>Sean E. Martin<br>    Debtors | CHAPTER 13 |
| Specialized Loan Servicing LLC, as servicer for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Capital I Inc. Trust 2006-NC2, Mortgage Pass-Through Certificates, Series 2006-NC2<br>    Movant<br>vs. | NO. 16-00817 RNO<br><br>11 U.S.C. Section 362 |
| Amy E. Martin<br>Sean E. Martin<br>    Debtors<br><br>Charles J. DeHart, III<br>    Trustee | |

## ORDER

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

By the Court,

*Robert N. Opel II*

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: September 1, 2017