```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 16-00817-RNO
Sean E. Martin                                                      Chapter 13
Amy E. Martin
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1         User: REshelman         Page 1 of 1              Date Rcvd: Sep 29, 2017
                             Form ID: pdf010         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2017.
db/jdb         +Sean E. Martin,   Amy E. Martin,   339 Bobcat Road,   Newville, PA 17241-9725
               +Controller of Cumberland County,   1 Courthouse Square,   Room 207,   Carlisle , PA 17013-3372

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for
               Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Capital I Inc. Trust
               2006-NC2, Mortgage Pass-Through Certificates, Series 2006-NC2 bkgroup@kmllawgroup.com
              Karina  Velter    on behalf of Creditor    Deutsche Bank National Trust Company amps@manleydeas.com
              Steven P. Miner    on behalf of Debtor Sean E. Martin sminer@daleyzucker.com,
               aewing@daleyzucker.com
              Steven P. Miner    on behalf of Joint Debtor Amy E. Martin sminer@daleyzucker.com,
               aewing@daleyzucker.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              William E. Craig    on behalf of Creditor    Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer
                Services ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                 TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    Sean E. Martin, and | : | CASE NO. 1-16-bk-00817-RNO |
|    Amy E. Martin | : | |
|         Debtors | : | Chapter 13 |

## AMENDED ORDER TO PAY TRUSTEE

**Upon consideration** of the above-named Debtor having filed a petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

**IT IS HEREBY ORDERED** that until further Order of this Court, the entity from whom the Debtor, Amy E. Martin, receives income:

**Controller of Cumberland County**
**1 Courthouse Square**
**Room 207**
**Carlisle, PA  17013**

Deduct from said Debtor's income the sum of **$842.50 each bi-weekly** paycheck, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination or any benefits payable to the above Debtor and to remit the deductible sums to:

CHARLES J. DEHART, III, TRUSTEE
PO BOX 7005
Lancaster, PA  17604

**IT IS FURTHER ORDERED** that the employer from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

**IT IS FURTHER ORDERED** that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance pension, or union due be paid to the Debtor in accordance with usual payment procedure.

**IT IS FURTHER ORDERED** that the employer will place the case number (found at the top of this Order) on all checks being forwarded to the Trustee to ensure proper accounting of the funds.

**IT IS FURTHER ORDERED** that this Order supersedes previous orders made to the subject entity in this case.

By the Court,

_Robert N. Opel, II_
Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

Dated: September 29, 2017

Case 1:16-bk-00817-RNO   Doc 86   Filed 10/01/17   Entered 10/02/17 00:45:10   Desc
Imaged Certificate of Notice   Page 2 of 2