Certificate Number: 17572-PAM-DE-034991002

Bankruptcy Case Number: 16-00817


17572-PAM-DE-034991002

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 16, 2020, at 2:09 o'clock PM PDT, Sean E Martin completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   October 16, 2020              By:    /s/Benjamin E Wunsch

                                      Name:  Benjamin E Wunsch

                                      Title: Counselor