# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

| | |
|---|---|
| SEAN E. MARTIN | Case No.: 1-16-00817-HWV |
| AMY E. MARTIN | Chapter 13 |
| Debtor(s) | |

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**     **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | SPECIALIZED LOAN SERVICING LLC |
| Court Claim Number: | 05 |
| Last Four of Loan Number: | 3274/PRE ARREARS/339 BOBCAT RD |
| Property Address if applicable: | 339 BOBCAT ROAD, , NEWVILLE, PA17241 |

**PART 2:**     **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $66,771.58 |
| b. | Prepetition arrearages paid by the Trustee: | $66,771.58 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $3,977.00 |
| f. | Postpetition arrearages paid by the Trustee: | $3,977.00 |
| g. | Total b, d, f: | $70,748.58 |

**PART 3:**     **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**     **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: December 21, 2020

Respectfully submitted,

s/ Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com

Creditor Name: SPECIALIZED LOAN SERVICING LLC
Court Claim Number: 05

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5200 | 1157198 | 11/02/2016 | $1,385.02 | $0.00 | $1385.02 |
| 5200 | 1159940 | 12/06/2016 | $1,317.80 | $0.00 | $1317.80 |
| 5200 | 1161512 | 01/12/2017 | $1,976.70 | $0.00 | $1976.70 |
| 5200 | 1163021 | 02/08/2017 | $1,317.80 | $0.00 | $1317.80 |
| 5200 | 1164561 | 03/09/2017 | $1,317.80 | $0.00 | $1317.80 |
| 5200 | 1169335 | 06/13/2017 | $1,474.53 | $0.00 | $1474.53 |
| 5200 | 1170702 | 07/06/2017 | $1,397.88 | $0.00 | $1397.88 |
| 5200 | 1172229 | 08/10/2017 | $1,397.89 | $0.00 | $1397.89 |
| 5200 | 1173752 | 09/19/2017 | $2,096.83 | $0.00 | $2096.83 |
| 5200 | 1174990 | 10/11/2017 | $601.35 | $0.00 | $601.35 |
| 5200 | 1176331 | 11/08/2017 | $1,357.78 | $0.00 | $1357.78 |
| 5200 | 1177721 | 12/05/2017 | $1,397.18 | $0.00 | $1397.18 |
| 5200 | 1179152 | 01/11/2018 | $1,397.17 | $0.00 | $1397.17 |
| 5200 | 1180514 | 02/08/2018 | $1,397.18 | $0.00 | $1397.18 |
| 5200 | 1181880 | 03/08/2018 | $1,397.18 | $0.00 | $1397.18 |
| 5200 | 1183258 | 04/03/2018 | $1,397.17 | $0.00 | $1397.17 |
| 5200 | 1186399 | 05/15/2018 | $2,095.76 | $0.00 | $2095.76 |
| 5200 | 1187640 | 06/07/2018 | $1,397.17 | $0.00 | $1397.17 |
| 5200 | 1189079 | 07/12/2018 | $1,397.17 | $0.00 | $1397.17 |
| 5200 | 1190433 | 08/09/2018 | $1,397.18 | $0.00 | $1397.18 |
| 5200 | 1191729 | 09/06/2018 | $1,397.17 | $0.00 | $1397.17 |
| 5200 | 1193096 | 10/10/2018 | $1,397.17 | $0.00 | $1397.17 |
| 5200 | 1194444 | 11/08/2018 | $2,086.80 | $0.00 | $2086.80 |
| 5200 | 1195861 | 12/13/2018 | $1,391.19 | $0.00 | $1391.19 |
| 5200 | 1197224 | 01/10/2019 | $1,391.21 | $0.00 | $1391.21 |
| 5200 | 1198303 | 02/07/2019 | $1,391.20 | $0.00 | $1391.20 |
| 5200 | 1199592 | 03/12/2019 | $666.89 | $0.00 | $666.89 |
| 5200 | 1200978 | 04/11/2019 | $2,811.10 | $0.00 | $2811.10 |
| 5200 | 1202300 | 05/09/2019 | $1,391.20 | $0.00 | $1391.20 |
| 5200 | 1203616 | 06/06/2019 | $1,391.19 | $0.00 | $1391.19 |
| 5200 | 1205020 | 07/11/2019 | $1,391.20 | $0.00 | $1391.20 |
| 5200 | 1206358 | 08/07/2019 | $1,391.19 | $0.00 | $1391.19 |
| 5200 | 1207871 | 09/26/2019 | $2,086.81 | $0.00 | $2086.81 |
| 5200 | 1208905 | 10/10/2019 | $728.47 | $0.00 | $728.47 |
| 5200 | 1210104 | 11/07/2019 | $1,425.55 | $0.00 | $1425.55 |
| 5200 | 1211477 | 12/12/2019 | $2,091.27 | $0.00 | $2091.27 |
| 5200 | 1212842 | 01/16/2020 | $2,091.27 | $0.00 | $2091.27 |
| 5200 | 1214186 | 02/13/2020 | $1,394.16 | $0.00 | $1394.16 |
| 5200 | 1215499 | 03/12/2020 | $1,394.19 | $0.00 | $1394.19 |
| 5200 | 1216764 | 04/14/2020 | $1,394.17 | $0.00 | $1394.17 |
| 5200 | 1217747 | 05/06/2020 | $672.43 | $0.00 | $672.43 |
| 5200 | 1218733 | 06/02/2020 | $1,344.87 | $0.00 | $1344.87 |
| 5200 | 1219759 | 07/07/2020 | $1,344.86 | $0.00 | $1344.86 |
| 5200 | 1220801 | 08/12/2020 | $1,344.88 | $0.00 | $1344.88 |
| 5200 | 1221862 | 09/17/2020 | $2,017.30 | $0.00 | $2017.30 |
| 5200 | 1222844 | 10/15/2020 | $429.30 | $0.00 | $429.30 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:
SEAN E. MARTIN  Case No.: 1-16-00817-HWV
AMY E. MARTIN  Chapter 13
      Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 21, 2020, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| STEVEN P MINER ESQUIRE<br>CALDWELL & KEARNS<br>3631 NORTH FRONT STREET<br>HARRISBURG PA, 17110- | SERVED ELECTRONICALLY |
| AMERICA'S SERVICING COMPANY<br>ATTN: DEFAULT DOCUMENT PROCESSING/MAC#9286-01Y<br>1000 BLUE GENTIAN ROAD<br>EAGAN, MN, 55121-7700 | SERVED BY 1ST CLASS MAIL |
| SEAN E. MARTIN<br>AMY E. MARTIN<br>339 BOBCAT ROAD<br>NEWVILLE, PA 17241 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: December 21, 2020

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com