| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Sean E. Martin |
| Debtor 2 (Spouse, if filing) | Amy E. Martin |
| United States Bankruptcy Court for the: | Middle District of Pennsylvania (State) |
| Case number | 1:16-bk-00817-HWV |

Form 4100R

# Response to Notice of Final Cure Payment     10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information     Statement / Response Date: 01/08/2021

**Name of creditor:** Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Capital I Inc. Trust 2006-NC2, Mortgage Pass-Through Certificates, Series 2006-NC2
c/o Specialized Loan Servicing, LLC

**Court claim no.** (if known): 5-1

**Last 4 digits** of any number you use to identify the debtor's account: 3274

**Property address:** 339 Bobcat Rd
Number     Street

Newville, Pennsylvania 17241
City     State     ZIP Code

### Part 2: Prepetition Default Payments

*Check One*:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: _____

### Part 3: Postpetition Mortgage Payment

*Check one*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 01/01/2021
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | | | |
|---|---|---|---|---|
| Debtor 1 | Sean E. Martin<br>First Name  Middle Name  Last Name | Case number (if known) | 1:16-bk-00817-HWV | |

| | | | |
|---|---|---|---|
| a. | Total postpetition ongoing payments due: | (a) | $0.00 |
| b. | Total fees, charges, expenses, escrow, and costs outstanding: | + (b) | $0.00 |
| c. | **Total**. Add lines a and b. | (c) | $0.00 |
| | Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: | MM / DD / YYYY | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

|  | | | |
|---|---|---|---|
| | ✗ /s/ Mukta Suri<br>Signature | Date | 01/08/2021 |
| Print | Mukta Suri<br>First Name  Middle Name  Last Name | Title | Authorized Agent for Specialized Loan Servicing, LLC |
| Company | Bonial & Associates, P.C. | | |

**If different from the notice address listed on the proof of claim to which this response applies:**

| | | | |
|---|---|---|---|
| Address | P.O. Box 9013<br>Number  Street | | |
| | Addison, Texas 75001<br>City  State  ZIP Code | | |
| Contact phone | (972) 643-6600 | Email | POCInquiries@BonialPC.com |

## CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before January 08, 2021 via electronic notice unless otherwise stated.

**Debtor**   *Via U.S. Mail*
Sean E. Martin
339 Bobcat Road
Newville, PA 17241-9725

**Debtor**   *Via U.S. Mail*
Amy E. Martin
339 Bobcat Road
Newville, PA 17241-9725

**Debtors' Attorney**
Steven P. Miner
Caldwell & Kearns, P.C.
3631 N. Front Street
Harrisburg, PA 17110

**Chapter 13 Trustee**
Charles J. DeHart, III
8125 Adams Drive, Suite A
Hummelstown, Pennsylvania 17036

Respectfully Submitted,

/s/ **Mukta Suri**                                    >>